1  ALLAN B. GELBARD, ESQ.
   THE LAW OFFICES OF ALLAN B. GELBARD
2  15760 Ventura Boulevard, Suite 801
   Encino, CA 91436
3  Tel:(818)386-9200
   Fax:(818)386-9289
4  Bar # 184971

5  Attorney for Plaintiff
   The Stockroom, Inc.



## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STOCKROOM, INC., a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>GOETHE FASHIONS, INC., a business entity of unknown form;<br>IMRAN QADEER, an individual;<br>RIZWAN QADEER, an individual; and DOES 1-10, INCLUSIVE,<br><br>Defendants | CASE NO: CV09-9505CBM(RCx)<br><br>**ORDER GRANTING<br>PERMANENT INJUNCTION** |

Based upon the Stipulation by the parties and their counsel,

**IT IS HEREBY ORDERED**:

That Defendants Goethe Fashions, Inc., Imran Qadeer and Rizwan Qadeer and all persons acting in consort with them are hereby PERMANENTLY ENJOINED

1 | from any further infringement on Plaintiff The Stockroom, Inc's Copyrighted Works.

**IT IS SO ORDERED**

Dated: May 13, 2010

_____
United States District Court Judge